# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GERRY HOBBS,

    Petitioner,

v.  **CASE NO. 4:06-cv-00419-MP-WCS**

SECRETARY, DEPT. OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge. In his report, the Magistrate recommends that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. The Magistrate Judge filed the Report and Recommendation on Friday, December 1, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

The Court agrees with the Magistrate that because Petitioner is currently incarcerated at River Junction Work Camp, the district of incarceration would appear to be the most convenient and appropriate venue, and the petition should be transferred to the Middle District under § 2241(d). Petitioner Hobbs has filed a response to the Magistrate's Report, and Petitioner agrees with the Magistrate's recommendation. Doc. 6. Therefore, having considered the Report and Recommendation and the Petitioner's response, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this ___19th__ day of December, 2006

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge